UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR01-143-MJP |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| FIONA BEST, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on May 5, 2009. The United States was represented by AUSA Michael Scoville and the defendant by Jay Stansell. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 29, 2001 by the Honorable Marsha J. Pechman on a charge of Bank Fraud, and sentenced to 14 months custody, 5 years supervised release. (Dkt. 16.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a substance abuse program, abstain from alcohol, submit to search,

participate in a mental health program and parenting class, pay restitution in the amount of $11,384.77, provide access to financial information, maintain a single checking account for all financial transactions, be prohibited from incurring new credit obligations or lines of credit, and be prohibited from possessing any false identification documents.

In an application dated January 2, 2003 (Dkt. 17), U.S. Probation Officer Felix Calvillo, Jr. alleged the following violations of the conditions of supervised release:

1. Failing to submit a complete written monthly report to the U.S. Probation Office within the first five days of October, November and December 2002, in violation of standard condition #2.

2. Failing to notify the U.S. Probation Office within 10 days prior to any change in residence, in violation of standard condition #6.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been detained.

DATED this 5th day of May, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Michael Scoville
Defendant's attorney: Jay Stansell
Probation officer: Felix J. Calvillo Jr.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3